## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**SHAUN HAYES, individually and on behalf of all others similar situated,**
    **Plaintiff**

**CIVIL ACTION**

**VERSUS**

**No. 15-2090**

**AARONS, INC.**
    **Defendant**

**SECTION "E"**

## ORDER

Before the court is the Unopposed Motion to Suspend the 91-Day Deadline to File Motion for Class Certification.[1]

Accordingly;

**IT IS ORDERED** that the motion is **GRANTED**. The deadline to file a motion for class certification is suspended, as good cause exists for the suspension of the 91-day class certification deadline pursuant to Local Rule 23.1(B).

**IT IS FURTHER ORDERED** that the parties submit a joint proposed case management order to the Court by **September 21, 2015**.

**IT IS FURTHER ORDERED** that a status conference be held in chambers with all parties on **October 1, 2015**, at **3:00 p.m.**

**New Orleans, Louisiana, this 25th day of August, 2015.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 16.